DECLARATION OF NELSON TUCKER

I, NELSON TUCKER, declare:

1. I am over eighteen years of age and reside in the State of California. I have personal knowledge of the contents of this declaration and, if called to testify as a witness, could and would testify competently thereto.

2. I am the CEO of Process Service Network, LLC. I have been engaged with international service of process on defendants over the past 47 years.   I am an Associate Member of the American Bar Association (ABA), California Lawyers Association, and the Los Angeles County Bar Association.  I regularly conduct MCLE courses for various bar associations on issues related to international investigations and service of process. I have authored numerous articles on international service of process for several bar association publications.  I supervise all international assignments, including China, that are assigned to our office and am fully familiar with the facts of this case. I am qualified as an expert witness on the subject of international service of process and I make this Declaration in that capacity.

3. Process Service Network, LLC was retained by the law office of Pearson & Mitchell, LLC on behalf of the Plaintiff to serve a Summons in a Civil Action, Complaint, First Supplemental and Amending Complaint, and supporting court-issued documents, in the matter Davis, et al.., Civil Action No. 2:25-cv-00468-SM-KWR. Service is to be made on Shenzhen Baseus Technology Co., Ltd d/b/a Baseus in China, pursuant to the Hague Service Convention (Convention"). The service documents are required to be translated into Chinese.

4.  The Central Authority of China, Ministry of Justice, will facilitate the service pursuant to the provisions of the Convention.  Completion of service is estimated to be four (4) to six (6) months.  There is no available method to expedite the service.

5. China has engaged in delaying tactics with service of process recently as a tool in negotiations with the United States over trade agreements.

6. All statements made in this Affidavit are based upon my personal knowledge and experience. Any part which may deemed to be hearsay should not affect the remainder of this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 2, 2025, in Valencia, California.

NELSON TUCKER
Process Service Network, LLC
27201 Tourney Road, Suite 223
Valencia, CA 91355
800-417-7623

2